UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KENNETH GRAFTON, MICHAEL BLAYLOCK, and
BILAL HASSAN,

                    Plaintiffs,

                -against-

A.D.U.S. HESSE, LT. MILLER, C/O MARCOLINO,
C/O RESHAD, C/O RODRIGUEZ, C/O
MERRIWEATHER, and CPL. FIELDING,

                    Defendants.
------------------------------------------------------------X

**ORDER**
15-CV-4790(SJF)(GRB)

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★ SEP 22 2015 ★

LONG ISLAND OFFICE

FEUERSTEIN, District Judge:

On August 10, 2015, incarcerated *pro se* plaintiffs Kenneth Grafton ("Grafton"), Michael Blaylock ("Blaylock") and Bilal Hassan ("Hassan" and, with Grafton and Blaylock, "Plaintiffs") commenced this civil rights action pursuant to 28 U.S.C. § 1983 ("Section 1983") against Assistant Deputy Under-Sheriff Hesse, Grievance Coordinator Lt. Miller, Corrections Officers Marcolino, Reshad, Rodriguez, and Merriweather, and Corporal Fielding (collectively, "Defendants"). Accompanying the complaint are applications to proceed *in forma pauperis* from each Plaintiff and a proposed order to show cause seeking entry of a preliminary injunction, *inter alia*, "enjoining the defendants Hesse and Miller to establish a daily activity or sign-up sheet to assist with, and accurately record the filing of inmate grievances . . . ." [Docket Entry No. 8.] However, the *in forma pauperis* application submitted by Grafton was incomplete. [*Id.* at No. 2.] Accordingly, by Notice of Deficiency dated September 3, 2015, Grafton was instructed to complete and return the enclosed form within fourteen (14) days in order to proceed with this case. [*Id.* at No. 11]. On September 14, 2015, Grafton timely filed his *in forma pauperis* application. [*Id.* at No. 13].

Upon review of Plaintiffs' declarations in support of their applications to proceed *in forma pauperis*, Plaintiffs' financial status qualifies them to commence this action without prepayment of the filing fees. *See* 28 U.S.C. § 1915(a)(1). Accordingly, Plaintiffs' applications to proceed *in forma pauperis* are GRANTED. Plaintiffs' order to show cause is denied. The Clerk of the Court is directed to forward copies of the summonses, the complaint, the Notice of Hearing dated 9/22/15, and this Order to the United States Marshal Service ("USMS") for service upon the Defendants without prepayment of fees, and to mail a copy of this Order to the *pro se* Plaintiffs at their last known addresses.

**SO ORDERED.**

s/ Sandra J. Feuerstein

Sandra J. Feuerstein
United States District Judge

Dated: September 22, 2015
Central Islip, New York